IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL BURRISS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF GEORGIA; et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-187 |

**O R D E R**

On July 31, 2023, the Clerk of Court received and docketed a letter (dated July 27, 2023) from Michael Burriss, who is proceeding *pro se* in this civil action and who currently has at least one other civil action pending before this Court in addition to a civil action that was recently dismissed.  (See Burriss v. State of Georgia, et al., No. 4:23-cv-163 (closed July 24, 2023); Burriss v. U.S. Supreme Court, et al., No. 4:23-cv-180 (filed July 3, 2023).)  While Burris's letter focuses on criticizing the Court's dismissal of civil action number 4:23-cv-163, the envelope features several hand-written paragraphs, including one in which Burriss gives the following directive: "Also consider this my motion, I submit to the Court on 27 July 2023 to voluntary[il]y dismiss 4:23-cv-187."  (See doc. 19, p. 3.)  Accordingly, the filing was docketed in this case as well as civil action number 4:23-cv-163.

Burriss filed his Complaint initiating this action on July 6, 2023.  (Doc. 1.)  No answers or motions for summary judgment have been filed.  Accordingly, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i), which permits a plaintiff to dismiss a case without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, this case has been **DISMISSED**, (doc. 5), and the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

  **SO ORDERED**, this 2nd day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA