**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

MICHAEL BURRISS,

           Plaintiff,

    v.

THE STATE OF GEORGIA; et al.,

           Defendants.

CIVIL ACTION NO.: 4:23-cv-187

**O R D E R**

On August 2, 2023, based on Plaintiff's having filed a document bearing the directive that the Court "consider this my motion, I submit to the Court on 27 July 2023[,] to voluntary[il]y dismiss 4:23-cv-187," (doc. 5, p. 3), the Court deemed this case dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits a plaintiff to dismiss a case without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. (Doc. 6.) Accordingly, the case was closed. (See id.) Since then, Plaintiff has filed two new documents again stating his election that the case be dismissed. (Docs. 7, 8.) As the case has already been deemed dismissed and has been closed, those two filings, to the extent

they may be construed as requests for any sort of relief from the Court, are **DISMISSED AS MOOT**, (docs. 7, 8), and this case remains closed.

 **SO ORDERED**, this 16th day of August, 2023.

      _____

      R. STAN BAKER
      UNITED STATES DISTRICT JUDGE
      SOUTHERN DISTRICT OF GEORGIA